LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GLORIA ONTIVEROS, | No. EDCV 10-4215 PLA |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED FORTY ONE DOLLARS AND 00/100 ($3,541.00) subject to the terms of the stipulation.

DATE: May 5, 2011    _____

                       HON. PAUL L. ABRAMS
                       UNITED STATES MAGISTRATE JUDGE